IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OTIS O. McCRAY                                                PLAINTIFF

VS.                         CIVIL ACTION NO. 5:17-cv-15(DCB)(MTP)

DAVASHA NELSON                                                DEFENDANT

ORDER

This cause is before the Court on plaintiff Otis O. McCray's "Affidavit for Arrest" **(docket entry 20)**, seeking the arrest of defendant Davasha Nelson for civil contempt. The pleading cites no grounds and fails to show any civil contempt on the part of the defendant.

Consequently, the "Affidavit for Arrest" must be denied.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Otis O. McCray's "Affidavit for Arrest" **(docket entry 20)**, which the Court construes as a motion for the arrest of defendant Davasha Nelson for civil contempt, is DENIED.

SO ORDERED, this the 27th day of October, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE